

# LAW OFFICES OF ENRICO VACCARO
### 1057 BROAD STREET
### BRIDGEPORT, CONNECTICUT 06604
### TELEPHONE (203) 579-0001
### TELEFAX (203) 579-0002

February 28, 2008

The Honorable Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

By Fax #: (212)805-6717

Re: Grzegorz Dabrowski v. Francisco Morales
    D.N. 08CV 0524 (RMB)

> Conference (fund) adjourned to 3/7/08 @ 10:30. Failure to appear may result in dismissal, etc.
>
> SO ORDERED:
> Date: 2/29/08
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

    I represented the Plaintiff in the above action in the District Court in Connecticut. After receiving notice of the pretrial conference, I contacted New York counsel, Attorney Joseph Decalator, Decalator Cohen and DePrisco, 1399 Franklin Avenue, Suite 201, Garden City, New York, forwarded a copy of the materials sent to me by your clerk along with materials from my file, and requested that he call me to discuss the case. I inadvertently failed to notify defense counsel of this hearing, mistakenly assuming that they had been notified by the court. I briefly spoke with Attorney Decalator on Wednesday and he indicated that he would be reviewing the file and getting back to me. When I did not hear from him, I called his office this afternoon and was advised that he had left for a vacation in Switzerland.

    In light of the miscommunications that have occurred, I would respectfully request that the pretrial be continued. I apologize to the court for any inconvenience that has been caused and assure you that defense counsel will immediately be notified of any new pretrial date and that counsel for the Plaintiff will be present at this proceeding.

    Thank you for your consideration.

Very truly yours,

Enrico Vaccaro

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/29/08