USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRZEGORZ DOBROWSKI,

                           Plaintiff,                   08 Civ. 524 (RMB)

        -against-                           **ORDER OF DISCONTINUANCE**

FRANCISCO MORALES,

                           Defendants.
------------------------------------------------------------X

       Based on the parties having reached a settlement agreement at today's conference, it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued. The parties are directed to file executed settlement documents forthwith.

**SO ORDERED**.

Dated: New York, New York
       March 7, 2008

                                                          **Richard M. Berman, U.S.D.J.**